UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMMAR FAROUQ YOUSEF AHMAD,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondent.

Case No. 2:26-cv-02194-TLF

ORDER DIRECTING SUPPLEMENTAL BRIEFING

Petitioner Ammar Farouq Yousef Ahmad filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. Dkt. 1. Petitioner is currently detained by the U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington.

Petitioner alleges he was re-detained in violation of his right to Due Process. Dkt. 1. He asks the Court to (1) declare that petitioner's detention without an individualized determination violates the Due Process Clause of the Fifth Amendment; (2) issue a writ of habeas corpus ordering the respondents to release petitioner; and (3) award attorney fees and costs. *Id.*

Petitioner entered the United States without inspection or admission in April 2024. Dkts. 1, 5. Petitioner was subsequently issued a Notice to Appear and was released on an Order of Release on Recognizance ("OREC"). *Id.* In August 2024

petitioner was arrested for driving under the influence ("DUI"). *Id.* On June 10, 2026, petitioner was re-detained at an ICE check-in. *Id.*

Respondents submit evidence that petitioner's re-detention and revocation of his OREC was based on petitioner's August 2024 arrest and pending charges. Dkt. 5; Dkt. 7-3. In his reply to the petition, petitioner's counsel submits a declaration stating that he spoke to a clerk at the King County District Court's East Division who confirmed that "there is no active case within the District Court's system for the Petitioner." Dkt. 8-2.

In order to properly evaluate petitioner's claims, the Court hereby ORDERS:

(1) On or before July 31, 2026, petitioner shall submit any additional documentation or information regarding petitioner's DUI arrest and charges that would indicate whether and when charges were filed against petitioner and the date and disposition of those charges. Specifically, petitioner is directed to submit, to the extent available, the full court record of petitioner's DUI case including the docket sheet and any underlying documents.

(2) On or before August 7, 2026, respondents may file a response to petitioner's additional submissions.

(3) On or before August 11, 2026, petitioner may file a reply.

(4) The Clerk is directed to re-note the response to the petition to August 11, 2026.

Dated this 24th day of July, 2026.

Theresa L. Fricke
United States Magistrate Judge